UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 15-190(3)(DSD/LIB)

United States of America,

        Plaintiff

v.                                        **ORDER**

Sandra Lee Bart,

        Defendant.

    This matter is before the court upon the motions for judgment of acquittal by defendant Sandra Lee Bart. Bart moved for judgment of acquittal at trial after the government closed its evidence and again after closing arguments. The court reserved decision on the motion until after the jury returned its verdict. The jury found Bart guilty of conspiracy to commit visa fraud, conspiracy to commit fraud in foreign labor contracting, and conspiracy to commit wire fraud or mail fraud.

    On a defendant's motion for acquittal, the court "must enter a judgment of acquittal of any offense for which the evidence is insufficient to sustain a conviction." Fed. R. Crim. P. 29(a). When considering a motion for judgment of acquittal based on sufficiency of the evidence, the court views the evidence "in the light most favorable to the verdict, giving it the benefit of all reasonable inferences." <u>United States v. Cacioppo</u>, 460 F.3d 1012, 1021 (8th Cir. 2006) (citation and internal quotation marks omitted). The court will grant the motion "only if there is no

interpretation of the evidence that would allow a reasonable jury to find the defendant guilty beyond a reasonable doubt." Id. (citation and internal quotation marks omitted).

In the present case, the government offered evidence that was more than sufficient to sustain a conviction. Therefore, denial is warranted. Accordingly, **IT IS HEREBY ORDERED** that the motion for judgment of acquittal is denied.

Dated: August 8, 2016

                                        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court