UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 15-190 (DSD/LIB)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               **FINAL ORDER OF FORFEITURE**

(3) SANDRA LEE BART,

        Defendant.

WHEREAS, on March 20, 2024, the court entered a Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(6), and 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and 21 U.S.C. § 853(p);

WHEREAS, the plaintiff posted a Notice of Criminal Forfeiture for a least 30 consecutive days on an official government internet site (www.forfeiture.gov), beginning on January 30, 2025, providing notice of the government's intention to dispose of the subject property in accordance with law, and of the right of third parties to petition the court within 60 days of the first date of posting for a hearing to adjudicate the validity of their alleged legal interest in the property;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The United States' Motion for a Final Order of Forfeiture [ECF No. 441] is granted;

2. All right, title and interest in $1,323.02 ("the Property") is hereby forfeited to and vested in the United States

of America pursuant to 18 U.S.C. § 982(a)(6) and 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c); and,

3. The United States shall dispose of the Property in accordance with law.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: September 22, 2025        /s David S. Doty_____
                                 David S. Doty, Judge
                                 United States District Court